Sam Ehrlich, Appellant, *v.* Jack Mills, Inc.,
Respondent.

*Pleading — equity — accounting — action for accounting of alleged
royalties — complaint dismissed as alleging cause of action neither at
law nor in equity.*

*Ehrlich* v. *Mills, Inc.,* 215 App. Div. 115, affirmed.

(Submitted May 29, 1928; decided June 12, 1928.)

Appeal from a judgment, entered February 9, 1926,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing an inter-
locutory judgment in favor of plaintiff entered upon a
decision of the court on trial at Special Term and directing
a dismissal of the complaint. The action was in equity
for an accounting, the complaint alleging that plaintiff
had assigned to defendant his right to copyright, print
and publish a certain song in consideration of its oral
promise to pay him a royalty on each copy sold and a
percentage of money received from licenses to mechanic-
ally reproduce the same. The Appellate Division held
that the complaint set forth a cause of action neither
in equity nor at law.

*Abner Greenberg* for appellant.

*Saul Gordon* and *Samuel Jesse Buzzell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Andrews,
Lehman, Kellogg and O'Brien, JJ.

———

The People of the State of New York, Respondent,
*v.* Wilmont L. Wagner, Appellant.

(Submitted June 11, 1928, decided June 12, 1928.)

Motion for reargument denied. (See 248 N. Y. 553.)